1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7      In re OLGA MARTINEZ,                    Case No.  14-cv-01998-YGR (PR)

8                                              **ORDER OF TRANSFER**

9

10

11

12

13          Petitioner, a state prisoner, has filed a *pro se* petition for a writ of habeas corpus.  She has

14   filed a motion for leave to proceed *in forma pauperis*.

15          Federal statute allows "the Supreme Court, any justice thereof, the district courts and any

16   circuit judge" to grant writs of habeas corpus "within their respective jurisdictions."  28 U.S.C.

17   § 2241(a).  A federal petition for a writ of habeas corpus made by a person in custody under the

18   judgment and sentence of a state court is properly filed in either the district of confinement or the

19   district of conviction.  *Id.* § 2241(d).  Where a case is filed in the wrong venue, the district court

20   has the discretion to transfer it to the proper federal court "in the interest of justice."  *See* 28 U.S.C.

21
     § 1406(a).
22

23          Here, Petitioner challenges a conviction and sentence incurred in the Ventura County

24   Superior Court, which is in the venue of the Western Division of the Central District of California.

25   *See* 28 U.S.C. § 84.  Accordingly, that is the proper venue for this action.

26
            Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice,
27
     the Clerk of the Court is ordered to TRANSFER this action forthwith to the Western Division of
28

United States District Court
Northern District of California

1   the United States District Court for the Central District of California.  All remaining motions are

2   TERMINATED on this Court's docket as no longer pending in this district.

3        IT IS SO ORDERED.

4   Dated:   August 15, 2014

5                       The Honorable Yvonne Gonzalez Rogers
    United States District Court Judge

6

7   P:\PRO-SE\YGR\CR.14\Martinez1998.transfer.docx

8

9

10

11

12

United States District Court
Northern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2